UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **MELVA PARKER LEE** | **18-11400** |
| **DAVID E. LEE** | SECTION A |
| DEBTOR | CHAPTER 13 |

## REASONS FOR DECISION

The Objection to Claim 2 of Republic Finance, LLC ("Republic") filed by debtors Melva and David Lee (collectively "Debtors") came before the Court on April 30, 2019.[1] Republic did not file a response nor did it appear at the hearing. For the reasons orally entered at the hearing, the Court finds the descriptions contained in Republic's security agreement to be sufficient and recognizes Republic's interest in the listed items.

At the hearing, the Court ordered Debtors to file an affidavit no later than May 7, 2019, specifying which items listed as collateral are in Debtors' possession.[2] Debtors filed an affidavit on May 10, 2019.[3]

Debtors intend to surrender the following collateral to Republic:

| | |
|---|---|
| 2000 20 Gauge Shotgun | $ 150 |
| 2007-2017 Assorted Fishing Equipment | $ 800 |
| 2007-2017 Assorted Hand Tools | $1,500 |

---

[1] P-107.

[2] P-120.

[3] P-123.

| | |
|---|---|
| 2007 Toshiba Laptop | $1,000 |
| 2007 HP Printer | $ 700 |
| 2010 Men's Gold Watch | $ 300 |
| 2011 Set of Lawn Furniture | $ 600 |
| 2011-2016 (2) 19" Vizio TVs | $1,100[4] |

Debtors' attest that they do not possess the following items:

| | |
|---|---|
| 2007 Touro Riding Lawnmower | $2,500 |
| 2014 Home Depot Weedeater | $ 200 |
| 2014 Home Depot Blower | $ 200 |
| 2017 Mens Bicycle | $ 150 |
| 2016 Set of Golf Clubs | $ 150 |
| 2007 Basketball Goal & Ball | $ 300 |
| 2007 iPad | $ 500 |
| 2000 (2) Mens Gold Rings | $ 800 |
| 2000 Mens Gold Necklace | $ 300 |
| 2009 Academy BBQ Grill | $ 150 |
| 2011-2016 55" Toshiba | $1,100[5] |
| 2002 Pioneer Stereo System | $ 400 |

However, Debtors admit that the "2000 (2) Men's Gold Rings" were "sold for money." The other items are labeled as "discarded" or "gone." Debtors want to retain the 2016 Craftsman lawnmower.

---

[4] The 2011-2016 55" Toshiba & (2) 19" Vizio TVs were collectively valued at $1,100.

[5] The 2011-2016 55" Toshiba & (2) 19" Vizio TVs were collectively valued at $1,100.

The Court holds that Republic has a security interest in the 2016 Craftsman lawnmower that Debtors are retaining. Republic also has a security interest for the value of the "2000 (2) Men's Gold Rings" that Debtors sold. Accordingly, Republic has a secured claim in the amount of $1,700. A separate Order will be entered in accord with these Reasons.

New Orleans, Louisiana, May 13, 2019.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge